

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2022

No. 04-21-00448-CV

**CERTAIN UNDERWRITERS AT LLOYD'S LONDON**,
Appellant

v.

**IMPLICITY MANAGEMENT COMPANY**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI16323
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Mary Wilson's notification of later reporter's record is hereby GRANTED.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2022.



MICHAEL A. CRUZ, Clerk of Court